# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156189(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TRAVIS TRAVON SAMMONS,
    Defendant-Appellant.

SC: 156189
COA: 332190
Saginaw CC: 15-041848-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplemental reply is GRANTED. The supplemental reply will be accepted as timely filed if submitted on or before May 30, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



Clerk